UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
* * * * * * * * * * * * * * * * * *

Hassan Mohamed Aden,[1]                                Civil No. 26-cv-2132 (PJS/LIB)

                    Petitioner,

      vs.                                                ORDER ADOPTING
                                                  REPORT AND RECOMMENDATION

Sherburne County Jail and Immigration and
Customs Enforcement,

                    Respondents.

                    * * * * * * * * * * * * * * * * * *

      Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois [ECF No. 14], and after an independent review of the files, records and proceedings in

the above-entitled matter, IT IS ORDERED:

      1.  The Petition for a writ of habeas corpus of Petitioner Hassan Mohamed Aden [ECF No.

          1] is DENIED; and

      2.  This matter is DISMISSED without prejudice.

      LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 27, 2026                            /s/ Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in immigration opinions such as the present Report and Recommendation; however, that practice is not possible in the present case because there is a lack of clarity in the record as to Petitioner's actual name. Petitioner identifies himself as Hassan Mohamed Aden throughout his Petition. ECF No. 1. However, he signed his Petition as Mohamed Aden, and during his various criminal proceedings in Minnesota state court Petitioner identified himself as Mohamed Aden Hassan. *See, e.g.*, *Minnesota v. Hassan*, No. 73-cr-19-8089, Plea Hearing Transcript [Index # 82] (Minn. D. Ct. Apr. 17, 2020). Moreover, all the documentary evidence from Petitioner's removal proceedings also refer to him as Mohamed Aden Hasssan. ECF No. 7-1. Ultimately, the Court need not resolve this apparent discrepancy, but it is noted here to prevent confusion in the record. The Court will refer to Petitioner as Hassan Mohamed Aden because that is the name he wrote on the line of his form-petition asking for his "full name." ECF No. 1.